UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-CV-82378-MARRA/JOHNSON

LAETITIA LAMALLE-DONAGHY,
individually,

    Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC,
a foreign limited liability company,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Scott D. Owens, Esq. | Ernest Henry Kohlmyer, III, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| COHEN & OWENS, P.A. | South Milhausen, P.A. |
| 3801 Hollywood Boulevard | 1000 Legion Pl Ste 1200 |
| Suite 200 | Orlando, FL 32801 |
| Hollywood, Florida 33021 | Phone: 407-539-1638 |
| Phone: 954-923-3801 | Fax: 407-539-2679 |
| Fax: 954-967-2791 | |
| | |
| /s/Scott D. Owens | /s/Ernest Kohlmyer |
| Scott D. Owens, Esq. | Ernest Kohlmyer, Esq. |
| FBN: 0597651 | FBN: 110108 |
| scott@cohenowens.com | skohlmyer@southmilhausen.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 22th, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Ernest H. Kohlmyer, III, Esq., Attorney for Defendant FIRSTSOURCE ADVANTAGE, LLC., South Milhausen, P.A., 1000 Legion Pl Ste 1200, Orlando, FL 32801, Email: skohlmyer@southmilhausen.com, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Scott D. Owens
**SCOTT D. OWENS, ESQ.**
Florida Bar No.: 0597651
MENINA E. COHEN, ESQ.
Florida Bar No.: 014236
**COHEN & OWENS, P.A.**
Attorney for Plaintiff
3801 Hollywood Boulevard
Suite 200
Hollywood, Florida 33021
Phone 954-923-3801
Fax 954-967-2791